IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
_____

MARY SUTTER                                    Civil Action No. 09-cv-1521
    Plaintiff

vs.

NATIONAL CREDIT WORKS, INC
Defendant

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Mary Sutter, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

        BY: /s/ Brent F. Vullings
            Brent F. Vullings, Esquire
            Attorney for Plaintiff
            Attorney I.D. #92344
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800