# WARREN & VULLINGS, LLP

Attorneys At Law

1603 RHAWN STREET
PHILADELPHIA, PENNSYLVANIA  19111
(215) 745-9800
FAX (215) 745-7880

BRUCE K. WARREN ★◊▼
BRENT F. VULLINGS ★◊

★ Admitted in PA, NJ
◊ Admitted US District Court of CO
▼ Admitted in NY

*Of Counsel:*
*James V. Mathieu, Jr.*

NEW JERSEY OFFICE:
57 COOPER STREET
WOODBURY, NJ 08096
856-858-2488
856-858-1148 FAX

MONTGOMERY COUNTY OFFICE:
3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PA  19426
610-489-6006
610-489-1997 FAX

May 6, 2010

**Via Electronic Filing and Regular Mail**

Honorable William W. Caldwell
USDC, MD PA
P. O. Box 11877
Harrisburg, PA  17108

Re:   Mary Sutter v. National Credit Works, Inc., d/b/a The Lien Center, LLC
        No. 1:cv-09-1521

Dear Judge Caldwell:

      Pursuant to the instructions contained in Ms. Severino-Michael's May 3, 2010 letter, please allow this letter to serve as a status report with regard to the above referenced case.   As you are aware, a default was entered with the Court on March 17, 2010, however, we have decided it would be more practical to file a Notice of Voluntary Dismissal, (without prejudice) rather than proceed with the matter.   The Notice of Voluntary Dismissal was docketed with the Court on this date.

      Thank you for your time in this matter.

Respectfully submitted,

*/s/  Bruce K. Warren*
Bruce K. Warren, Esquire

BKW:ep